UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

Mr. A.R.L.,

          *Petitioner,*

  v.

GARLAND, *et al,*

          *Respondents*.

Civil Action No.: 23-cv-852

**ORDER GRANTING PETITIONER'S MOTION
TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Upon review of Petitioner's Motion to File Certain Documents Under Seal, the Petition for Habeas Corpus, all supporting exhibits, together with any opposing papers, Petitioner's Motion to File Certain Documents Under Seal is **GRANTED**.

The Court finds that the Petitioner has shown good cause to file certain documents under seal, which outweighs any prejudice to the Respondents and the public's interest in knowing the sealed and redacted information.

Accordingly, **IT IS ORDERED** that Petitioner shall, in compliance with the Federal Rules of Civil Procedure and the Local Rules, file with the Clerk, under seal, unredacted versions of the following documents, and shall also serve unredacted versions on Respondents. The Clerk shall maintain those documents under seal.

This Order applies to the following documents:

1. Exhibit A to the Petition for Writ of Habeas Corpus: Declaration of Petitioner.
2. Exhibit B to the Petition for Writ of Habeas Corpus: Letter from Medical Provider.
3. Exhibits C, D, and E to the Petition for Writ of Habeas Corpus: Declarations of Petitioner's Daughters.

2

**IT IS FURTHER ORDERED** that Petitioner shall, in compliance with the Federal Rules of Civil Procedure and the Local Rules, file with the Clerk redacted versions of the sealed documents for publication to the public record.

**SO ORDERED** this 10th day of July, 2023, at Lafayette, Louisiana.

_____
David J. Ayo
United States Magistrate Judge