UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| A.R.L., <br><br> *Petitioner,* <br> v. <br><br> RICE, *et al,* <br><br> *Respondents*. | Civil Action No.: 23-cv-0852 |

### ORDER GRANTING PETITIONER'S MOTION
### TO PROCEED USING A PSEUDONYM

Upon review of Petitioner's Motion to Proceed Using a Pseudonym and all supporting exhibits, together with any opposing papers, Petitioner's Motion to Proceed Using a Pseudonym is **GRANTED**.

The Court finds that Petitioner has shown good cause to allow Petitioner to proceed in this matter under a pseudonym, which outweighs any prejudice to the Respondents and the public's interest in knowing Petitioner's identity.

Accordingly, **IT IS ORDERED** that Petitioner is granted leave to proceed in this matter under the pseudonym "A.R.L."

**IT IS FURTHER ORDERED** that Respondents will not publicly disclose the name or personally identifying information of Petitioner. Respondents shall also continue to adhere to 8 C.F.R. §§ 208.6 and 1208.6.

Finally, **IT IS FURTHER ORDERED** that all parties shall submit all pleadings, briefing, and evidence using Petitioner's pseudonym instead of the real name and other personally identifying information.

**SO ORDERED** this 10th day of July, 2023, at Lafayette, Louisiana.

_____
David J. Ayo
United States Magistrate Judge