UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

MR A R L                                    CASE NO.  6:23-CV-00852 SEC P

VERSUS                                      JUDGE DAVID C. JOSEPH

MERRICK GARLAND ET AL                       MAGISTRATE JUDGE DAVID J. AYO

**O R D E R**

Considering the joint motion to reset briefing schedule now before this Court (Rec. Doc. 16), the motion is **GRANTED** in part and, accordingly, it is hereby

**ORDERED** that the respondents shall file their response to Petitioner's petition for writ of habeas corpus (Rec. Doc. 1) on or before August 15, 2023.  It is further

**ORDERED** that Petitioner shall file any desired reply in this matter on or before August 22, 2023.

The motion is further **DENIED** in part at this time, insofar as it seeks an in-person hearing on Petitioner's petition for writ of habeas corpus.  No in-person hearing will be set at this time but may be scheduled by the Court after review of all filed briefs.

**SIGNED** this 26th day of July, 2023 at Lafayette, Louisiana.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE