IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| A.R.L, | |
| *PETITIONER*, | CIVIL ACTION NO.: 6:23−CV−00852 |
| V. | |
| GARLAND, *ET AL.,* | JUDGE: HON. DAVID C. JOSEPH<br>MAGISTRATE JUDGE: HON. DAVID J. AYO |
| *RESPONDENTS*. | |

## ORDER GRANTING PETITIONER'S MOTION TO EXPEDITE DECISION ON HABEAS PETITION

Petitioner A.R.L., having moved for entry of an Order to expedite proceedings in this matter, and the Court having considered the Motion and found good cause therefor, Petitioner's Motion to Expedite Decision on Habeas Petition is hereby GRANTED.

SO ORDERED this 20th day of December 2023, at Lafayette, Louisiana.

_____
David J. Ayo
United States Magistrate Judge