# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **A.R.L.** | **CIVIL DOCKET NO. 6:23-CV-00852** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MERRICK GARLAND, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION (the "R&R") of the Magistrate Judge previously filed herein [Doc. 36], and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the OBJECTIONS TO THE REPORT AND RECOMMENDATION [Doc. 39] filed in the record;

IT IS ORDERED that this PETITION FOR HABEAS CORPUS [Doc. 1] be DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers this 17th day of January, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE